NEILL ET AL. *v.* COOK ET AL.

No. 691. Decided February 24, 1964.

*A. B. Culbertson* for appellants.

*Joe A. Moss* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

DOUGHTY *v.* MAXWELL, WARDEN.

No. 422, Misc. Decided February 24, 1964.

Petitioner *pro se.*

*William B. Saxbe,* Attorney General of Ohio, and *William C. Baird,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is reversed. *Carnley* v. *Cochran,* 369 U. S. 506, *Gideon* v. *Wainwright,* 372 U. S. 335.